# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GLADYS WEST,**

        **Plaintiff,**

**-vs-**                                                           **Case No. 6:05-cv-1336-Orl-22DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (Doc. 35) ("R&R") in this Social Security case. Therein, the Magistrate Judge recommends that the Commissioner's benefit-denial decision be affirmed. After carefully considering the R&R, the Plaintiff's objections thereto, and the Commissioner's response to those objections, the Court concurs with the Magistrate Judge and determines that the Commissioner's decision must be upheld.

The Court disagrees with Plaintiff's initial contention that, in reaching his decision, the ALJ improperly relied on the absence of irrelevant medical findings   There is no basis in the record to support this objection.

The Court also disagrees with Plaintiff's objection to the ALJ's determination that Plaintiff was not fully credible regarding her limitations. As the Magistrate Judge noted, it is evident that "the ALJ did not discredit Plaintiff's allegations of disabling pain simply because there was no proof of the pain, but because there was *also* no proof that her fibromyalgia was of such severity that it could reasonably be expected to give rise to the alleged pain." Doc. 35

at 9 (emphasis in original). This was sufficient to satisfy the Eleventh Circuit's pain standard. *See Foote v. Chater,* 67 F.3d 1553, 1560-61 (11th Cir. 1995) (explaining pain standard). The Court also concurs with the Magistrate Judge's finding that the grounds for the ALJ's credibility determination were obvious from the record. Finally, as regards Plaintiff's objection that the ALJ failed to discuss certain non-medical evidence, the ALJ need not specifically refer to every item of evidence in the record to support his or her decision. *See Dyer v. Barnhart,* 395 F.3d 1206, 1211 (11th Cir. 2005).

In sum, the Court concludes that the Commissioner's decision is supported by substantial evidence in the record. Accordingly, it is ORDERED as follows:

1. The Report and Recommendation (Doc. 35), issued on May 14, 2007, is APPROVED AND ADOPTED.

2. Plaintiff's Objections (Doc. 36), filed on June 1, 2007, are OVERRULED.

3. The Clerk shall enter a final judgment providing that the decision of the Commissioner is AFFIRMED.

4. The Clerk shall close this case.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 16, 2007.

Copies furnished to:

Counsel of Record
Unrepresented Party
Magistrate Judge

ANNE C. CONWAY
United States District Judge